UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROGER A. LIBBY, | Case No. 3:24-cv-00539-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CITY OF CARSON, | |
| Defendant. | |

Pro se Plaintiff Roger Libby filed an application to proceed *in forma pauperis* (ECF No. 1 ("IFP Application")) and a pro se complaint (ECF No. 1-1). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 3), recommending that the Court deny the Application because Libby does not qualify for IFP status. To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). As Judge Denney noted, Libby's "certified account statement indicates that his average monthly balance for the last six months was $6654.22, and his average monthly deposits were $343.92. As such, [Libby] does not qualify for IFP status." (ECF No. 3 at 2.) Having reviewed the R&R, Judge Denney did not clearly err.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Libby's application to proceed in forma pauperis (ECF No. 1) is denied. Libby has until February 3, 2025, to pay the $405.00 filing fee.

DATED THIS 2nd Day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE