# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER LIBBY,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CARSON,<br><br>　　　　　　　　　Defendant. | 3:24-cv-00539-MMD-CSD<br><br>**ORDER** |

On November 27, 2024, Plaintiff filed a motion for leave to proceed *in forma pauperis* ("IFP") and a pro se complaint. (ECF Nos. 1, 1-1.)

On January 2, 2025, the court denied Plaintiff's application to proceed *in forma pauperis* and gave Plaintiff 30 days to pay the full $405 filing fee. (ECF No. 4.)

On January 21, 2025, Plaintiff paid the $405 filing fee. (ECF No. 5.) Thereafter, the Clerk of Court filed Plaintiff's complaint and issued a summons. (ECF Nos. 6, 7.)

Pursuant to Federal Rule of Civil Procedure 4, "[o]n or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal" for the clerk to sign, seal and issue to the plaintiff for service (along with the complaint) on the defendant. Fed. R. Civ. P. 4(b), 4(c)(1). Plaintiff is responsible for having the defendant served with the summons and complaint within 90 days. Fed. R. Civ. P. 4(c)(1), 4(m).

/ / /

/ / /

1  Consistent with the above, Plaintiff is advised that he is responsible for having the Defendant
2  served with the summons and complaint on or before **April 27, 2025**. Fed. R. Civ. P. 4(c)(1), 4(m).
3  Failure to properly effectuate service may result in dismissal of this action without prejudice.

   DATED: March 3, 2025.



Craig S. Denney
United States Magistrate Judge